UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICKY DALE ROUNDY,

    Petitioner,

    v.

ELDON VAIL,

    Respondent.

Case No. C09-5001BHS

ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 21), and Petitioner's Objections to the Report and Recommendation (Dkt. 22).

On July 7, 2009, Judge Creatura issued the Report and Recommendation and recommended that Petitioner's Writ of Habeas Corpus (Dkt. 1) be "DISMISSED WITH PREJUDICE as time barred." Dkt. 21 at 5. On July 17, 2009, Petitioner objected to the Report and Recommendation arguing that he timely filed his state court petition. Dkt. 22 at 1-2. However, Judge Creatura's report accurately reflects the record as to when Petitioner's sentence became final (April 1, 2005) and when Petitioner filed his state court petition (July 9, 2007). The petition was filed more than one year after the sentence and exceeded the one-year period of limitation set forth in 28 U.S.C. § 2244(d). Therefore, Petitioner's objection is without merit.

Petitioner also requests a Certificate of Appealability. Dkt. 22 at 2. The district court should grant an application for a Certificate of Appealability only if the petitioner makes a

ORDER – 1

"substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(3). In this case, Petitioner has failed to make a substantial showing that he has been denied a constitutional right. Therefore, the Court denies Petitioner's request for a Certificate of Appealability.

The Court having considered the Report and Recommendation, Petitioner's objections, and the remaining record, does hereby find and order:

(1) The Court **OVERRULES** Petitioner's objections;

(2) The Court adopts the Report and Recommendation;

(3) This petition is **DISMISSED** because it is time barred; and

(4) Petitioner's request for a Certificate of Appealability is **DENIED**.

DATED this 13th day of August, 2009.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 2