# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICKY DALE ROUNDY,

        v.

ELDON VAIL,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5001BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court **OVERRULES** Petitioner's objections;

2. The Court adopts the Report and Recommendation;

3. This petition is **DISMISSED** because it is time barred; and

4. Petitioner's request for a Certificate of Appealability is **DENIED.**


    August 14, 2009                                              BRUCE RIFKIN
                                                                                    Clerk

                                                                        */s/ Jennie L. Patton*
                                                                     By, Deputy Clerk